**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARAH STITES,<br><br>        Plaintiff,<br><br>  v.<br><br>LEANN STITES,<br><br>        Defendants. | Case No. EDCV 14-00338-VAP (PJWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

January 15, 2015

                                    VIRGINIA A. PHILLIPS
                                    United States District Judge